THE HONORABLE JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCUS ROWELL and ZOE ROWELL, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign company,<br><br>Defendant. | NO.  2:25-cv-00133-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE TO THE COURT'S NEXT AVAILABLE TRIAL CALENDAR AND FOR ENTRY OF NEW SCHEDULING ORDER |

This matter, having come before the Court on the parties' Stipulated Motion to Continue Trial Date to the Court's Next Available Trial Calendar and For Entry of New Scheduling Order, the Court, having reviewed the pleadings and records on file, HEREBY ORDERS the following:

- The parties' Stipulated Motion to Continue Trial Date to the Court's Next Available Trial Calendar and For Entry of New Scheduling Order is GRANTED; and

- The Clerk is ordered to issue a new scheduling order in accordance with the current trial schedule.

DATED _____March 10, 2026_____

_____
THE HONORABLE JAMES L. ROBART

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE TO THE COURT'S NEXT AVAILABLE
TRIAL CALENDAR AND FOR ENTRY OF NEW SCHEDULING ORDER  - 1
CAUSE NO. 2:25-CV-00133-JLR

**POLI, MOON & ZANE, PLLC**
701 Seneca St., Ste. 107
Seattle, WA 98101
(206) 704-5653

Presented By:

| **POLL, MOON & ZANE, PLLC** | **CLYDE & CO.** |
|---|---|
| /s/Michael N. Poli | s/Michael D. Handler |
| Jeffrey G. Zane, WSBA #62691 | Michael D. Handler, WSBA #25654 |
| Michal N. Poli, WSBA #63619 | Daniel J. Parsons, WSBA #62819 |
| 720 Seneca St Ste. 107 | 401 Union Street, Suite 1400 |
| Seattle, WA 98101 | Seattle, WA 98101 |
| T: 206-704-5653 | Tel. 206-689-8500 |
| jzane@pmzlaw.com | Michael.Handler@clydeco.com |
| mpoli@pmzlaw.com | Daniel.Parsons@clydeco.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**ROBERT D. BOHM, PLLC**

/s/Robert Bohm
Robert D. Bohm, WSBA #42703
P.O. Box 25536
Federal Way, WA 98093
rdbohm@pmzlaw.com
*Attorney for Plaintiffs*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE TO THE COURT'S NEXT AVAILABLE
TRIAL CALENDAR AND FOR ENTRY OF NEW SCHEDULING ORDER  - 2
CAUSE NO. 2:25-CV-00133-JLR

**POLI, MOON & ZANE, PLLC**
701 Seneca St., Ste. 107
Seattle, WA 98101
(206) 704-5653

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

Michael D. Handler, WSBA #25654
Daniel J. Parsons, WSBA #62819
Clyde & Co.
401 Union Street, Suite 1400
Seattle, WA 98101
Tel. 206-689-8500
Michael.handler@clydeco.com
daniel.parsons@clydeco.com
*Attorneys for Defendant*

**By:    [X] E-Mail/ECF**

DATED this 10th day of March 2026, at Seattle, Washington.

/s/Devon Sheehan
Devon Sheehan | Paralegal
dsheehan@pmzlaw.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE TO THE COURT'S NEXT AVAILABLE
TRIAL CALENDAR AND FOR ENTRY OF NEW SCHEDULING ORDER  - 3
CAUSE NO. 2:25-CV-00133-JLR

**POLI, MOON & ZANE, PLLC**
701 Seneca St., Ste. 107
Seattle, WA 98101
(206) 704-5653